1  Scott E. Davis, Esq.
   State Bar No. 016160
2  SCOTT E. DAVIS, P.C.
   20827 North Cave Creek Road, Suite 101
3  Phoenix, AZ  85024

4  Telephone:  (602) 482-4300
   Facsimile:    (602) 569-9720
5  email: davis@scottdavispc.com

6  *Attorney for Plaintiff Laura Schlitt*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Schlitt,<br><br>              Plaintiff,<br><br>     v.<br><br>Prudential Insurance Company of America, Camden Property Trust, Camden Property Trust Employee Disability Plan,<br><br>              Defendants. | Case No.  2:11-cv-1371-PHX-SRB<br><br>**STIPULATED MOTION TO DISMISS NAMED DEFENDANTS WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the parties move to dismiss, without prejudice, named Defendants Camden Property Trust and Camden Property Trust Employee Disability Plan, in the above referenced matter.

Plaintiff advises the Court that the Complaint in this matter was filed on July 11, 2011.  The Camden Property Trust Defendants were not served and they have not Answered or otherwise responded to the complaint.

RESPECTFULLY REQUESTED this 11th day of October, 2011.

*/s/ Michael Salcido, Esq.*              */s/ Scott E. Davis, Esq.*
Michael Salcido, Esq.                    Scott E. Davis, Esq.
Attorney for Defendant                   Attorney for Plaintiff

-1-