1  Scott E. Davis
   State Bar No. 016160
2  SCOTT E. DAVIS, P.C.
   20827 N. Cave Creek Road, Suite 101
3  Phoenix, AZ 85024

4  Telephone:  (602) 482-4300
   Facsimile:    (602) 569-9720
5  email: davis@scottdavispc.com

6  *Attorney for Plaintiff Laura Schlitt*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Laura Schlitt, | Case No.  2:11-cv-1371-PHX-SRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Prudential Insurance Company of America, | |
| Defendants. | |

   Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

   RESPECTFULLY SUBMITTED this 27th day of June, 2012.


                              SCOTT E. DAVIS, P.C.

                              */s/ Scott E. Davis, Esq.*
                              Scott E. Davis, Esq.
                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 27, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael Monnolly, Esq.
Monnolly, Pridgen, Colon-Machargo & Ellenberg, LLC
Tower Place
3340 Peachtree Road, Suite 1800
Atlanta, GA 30326

By:  *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.